UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BRICK S. HOUSTON, JR., <br><br> Plaintiff, <br><br> v. <br><br> JAMES DZURENDA, et al., <br><br> Defendants. | Case No. 2:18-cv-02298-APG-BNW <br><br> **ORDER** |

Given that plaintiff no longer is incarcerated, on September 20, 2019, the court entered an order denying plaintiff's application to proceed *in forma pauperis* for prisoners and giving him 30 days to file an application to proceed *in forma pauperis* by a non-prisoner. (Order (ECF No. 15).) That order was returned by the U.S. Post Office as undeliverable. (ECF No. 16.) Plaintiff subsequently filed a notice of change of address. (ECF No. 17.) Out of an abundance of caution, the court will order the Clerk of Court to resend its order (ECF No. 15) to plaintiff at his new address.

IT IS SO ORDERED.

DATED: October 18, 2019

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE